United States Bankruptcy Court for the:

**Northern** District of **California**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  BSK Ferry Building, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-2570845

4. **Debtor's address**

   **Principal place of business**
   1  Ferry Building
   Number  Street
   Suite 41
   San Francisco,  CA  94111
   City  State  ZIP Code

   San Francisco
   County

   **Mailing address, if different from principal place of business**
   Number  Street
   P.O. Box
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street
   City  State  ZIP Code

5. **Debtor's website** (URL)

| Debtor | BSK Ferry Building, LLC | Case number (if known) |
|---|---|---|
| | Name | |

6. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☒ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

| Debtor | BSK Ferry Building, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When ____/____/____ Case number _____
                                MM / DD / YYYY
              District _____ When ____/____/____ Case number _____
                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes. Debtor  See attached _____ Relationship  Affiliates _____
              District _____ When ____/____/____
                                                                MM / DD / YYYY
              Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number      Street
                                _____
                                _____   ____  _____
                                City                            State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3
Case: 21-30375    Doc# 1    Filed: 05/19/21    Entered: 05/19/21 11:12:10    Page 3 of 12

| Debtor | BSK Ferry Building, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

### 13. Debtor's estimation of available funds

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5 / 12 / 2021
MM / DD / YYYY

X /s/ Tanya Holland
Signature of authorized representative of debtor

Title Manager

Printed name: Tanya Holland, Manager
Provence Assets Holding Company, LLC

| Debtor | BSK Ferry Building, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ /s/ Simon Aron          Date  05/17/2021
Signature of attorney for debtor              MM / DD / YYYY

Simon Aron
Printed name
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Firm name
11400      West Olympic Blvd., 9th Floor
Number    Street

| Los Angeles, | CA | 90064 |
|---|---|---|
| City | State | ZIP Code |

(310) 478-4100                saron@wrslawyers.com
Contact phone                 Email address

108183                        CA
Bar number                    State

Fill in this information to identify the case and this filing:

Debtor Name __BSK Ferry Building, LLC__

United States Bankruptcy Court for the: __Northern__ District of __CA__
(State)

Case number (*If known*): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/12/2021__   ✗ _Tanya Holland_ (signature)
MM / DD / YYYY                Signature of individual signing on behalf of debtor

__Tanya Holland__
Printed name

__Manager, Provence Assets Holding Company, LLC__
Position or relationship to debtor
Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Case: 21-30375  Doc# 1  Filed: 05/19/21  Entered: 05/19/21 11:12:10  Page 6 of 12

**Fill in this information to identify the case:**

Debtor name: BSK Ferry Building, LLC

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Aramark<br>330 Chestnut Street<br>Oakland, CA 94607 | | | | | | $2,229.27 |
| 2 | Bay Edge Inc<br>1456 Fourth Street<br>Berkeley, CA 94710 | | | | | | $360.00 |
| 3 | CA Dept of Tax & Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279 | | | | | | $21,205.64 |
| 4 | Department of Alcoholic Beverage Control<br>3927 Lennane Drive, Ste 100<br>Sacramento, CA 95834 | | | | | | $455.00 |
| 5 | Matagrano Inc<br>440 Forbes Blvd<br>S. San Francisco, CA 94080 | | | | | | $496.20 |
| 6 | MCA Consulting LLC<br>108 Marin Street<br>San Rafael, CA 94901 | | | | | | $10,309.45 |
| 7 | Merchants Accounting Services Inc.<br>1880 Pleasant Valley Ave<br>Oakland, CA 94611 | | | | | | $1,000.00 |
| 8 | No More Dirt<br>1699 Valencia Street<br>San Francisco, CA 94110 | | | | | | $3,785.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Plate IQ<br>6400 Hollis Street<br>Emeryville, CA 94608 | | | | | | $18,300.00 |
| 10 | Salt Partners LLC<br>885 South Van Ness Ave<br>San Francisco, CA 94110 | | | | | | $26,000.00 |
| 11 | San Francisco County Tax Collector<br>1 Dr. Carlton B. Goodlett Pl., #140<br>San Francisco, CA 94102 | | | | | | $1,229.60 |
| 12 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0500 | | | | | | $3,300.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Aramark
330 Chestnut Street
Oakland, CA 94607


Bay Edge Inc
1456 Fourth Street
Berkeley, CA 94710


CA Dept of Tax & Fee Administration
PO Box 942879
Sacramento, CA 94279


Department of Alcoholic Beverage Control
3927 Lennane Drive Suite 100
Sacramento, CA 95834


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500


Matagrano Inc
440 Forbes Blvd
South San Francisco, CA 94080


MCA Consulting LLC
108 Marin Street
San Rafael, CA 94901


Merchants Accounting Services Inc
1880 Pleasant Valley Ave
Oakland, CA 94611

No More Dirt
1699 Valencia Street
San Francisco, CA 94110


Plate IQ
6400 Hollis Street
Emeryville, CA 94608


Salt Partners LLC
885 South Van Ness Ave
San Francisco, CA 94110


San Francisco County Tax Collector
1 Dr Carlton B Goodlett Pl #140
San Francisco, CA 94102

CERTIFICATE OF MEMBERSHIP OF BSK FERRY BUILDING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

I, Tanya Holland ("TH") do hereby certify:

That I am a duly appointed and acting manager of Provence Asset Holding Company, LLC ("Provence"), the duly appointed and acting manager of BSK Ferry Building, LLC, a California limited liability company (the "Company").

That a special meeting of the board of managers of the Company was duly held on March 31, 2021, at which time the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, based upon prior events and the advice of counsel, that it is desirable and in the best interests of the Company, their creditors, employees, members and other interested parties, that a Petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (11 U.S.C. §§101 et. seq.).

FURTHER RESOLVED that a Petition under said Chapter 11 shall be filed and submitted on behalf the Company and the same hereby is approved and adopted in all respects, and TH, through Provence, as manager of the Company, is hereby authorized and directed on behalf of and in the name of the Company, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Northern District of California.

FURTHER RESOLVED that TH, through Provence, as manager of the Company, be and hereby is authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers to take any and all action which he may deem necessary and proper in connection with such proceedings under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful conclusion of such proceedings.

4535807.1

FURTHER RESOLVED, that WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, be and hereby is retained as attorneys for the Company in connection with the institution of and maintaining of such proceedings.

Dated: March 31, 2021

*Tanya Holland* (signature)

Tanya Holland
Manager, Provence Asset Holding Company, LLC,
Manager, BSK Ferry Building, LLC