# Fill in this information to identify the case:

Debtor: **BSKC Ferry Building, LLC**

United States Bankruptcy Court for the: **Northern** District of **CA**
(State)

Case number (If known): **21-30375-CN**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____3,300.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____Unknown |

| Debtor | BSKC Ferry Building, LLC | Case number (if known) | 21-30375-CN |
|---|---|---|---|

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

**2.4 Priority creditor's name and mailing address**

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$ _____    $ 21,205.64

**2.5 Priority creditor's name and mailing address**

San Francisco County Tax Collector
1 Dr. Carlton B. Goodlett Pl. #140
San Francisco, CA 94102

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$ _____    $ 1,229.60

**2._ Priority creditor's name and mailing address**

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$ _____    $ _____

**2._ Priority creditor's name and mailing address**

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

$ _____    $ _____

Debtor: **BSKC Ferry Building, LLC**
Case number (if known): 21-30375-CN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Aramark<br>330 Chestnut Street<br>Oakland, CA 94607<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $2,229.27 |
| 3.2 | Bay Edge, Inc.<br>1456 Fourth Street<br>Berkeley, CA 94710<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $360.00 |
| 3.3 | Department of Alcoholic Beverage Control<br>3927 Lennane Drive, Suite 100<br>Sacramento, CA 95834<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $455.00 |
| 3.4 | Matagrano, Inc.<br>440 Forbes Blvd<br>South San Francisco, CA 94080<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $496.20 |
| 3.5 | MCA Consulting LLC<br>108 Marin Street<br>San Rafael, CA 94901<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $10,309.45 |
| 3.6 | Merchants Accounting Services Inc.<br>1880 Pleasant Valley Ave<br>Oakland, CA 94611<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: Loan<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $1,000.00 |

Debtor: **BSKC Ferry Building, LLC** Case number (if known) 21-30375-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.7
**Nonpriority creditor's name and mailing address**
No More Dirt
1699 Valencia Street
San Francisco, CA 94110

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,785.00

### 3.8
**Nonpriority creditor's name and mailing address**
Plate IQ
6400 Hollis Street
Emeryville, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Loan

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 18,300.00

### 3.9
**Nonpriority creditor's name and mailing address**
Salt Partners LLC
885 South Van Ness Ave
San Francisco, CA 94110

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Loan

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 26,000.00

### 3.10
**Nonpriority creditor's name and mailing address**
Tiffany Yam
213 3rd Avenue, Apt. 3
San Francisco, CA 94118

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ 24,711.08

### 3.__
**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$

Debtor  BSKC Ferry Building, LLC  Case number (if known) 21-30375-CN
 Name

# Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 25,735.24 |
| 5b. Total claims from Part 2 | 5b. + | $ 87,646.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 113,381.24 |